Brenda K. **MONK**, Plaintiff–Appellant,

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant– Appellee.**

**No. 07–1938.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2007.

Decided: Dec. 26, 2007.

Brenda K. Monk, Appellant Pro Se. Joyce Marie Joiner Gordon, Social Security Administration, Philadelphia, Pennsylvania, Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda K. Monk appeals the district court's order accepting the magistrate judge's recommendation and dismissing Monk's complaint pertaining to the denial of supplemental security income benefits for her daughter. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Monk v. Astrue,* No. 4:06–cv–00075–jlk, 2007 WL 2693181 (W.D.Va. Sept. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*